

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

August 6, 2020

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Elatab v. Julia Von Boehm Inc. (1:20-cv-4543-LGS)*

Dear Judge Schofield,

We represent Plaintiff, Jawad Elatab, in the above in-captioned case. Defendant has yet to appear in the case or respond to the complaint which is past due. We respectfully request that the initial conference scheduled for August 13, 2030 be adjourned. Plaintiff will file its default motion within the next thirty days.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Jawad Elatab*

The initial pretrial conference scheduled for August 13, 2020, is adjourned to **September 17, 2020**.  If Defendant is in communication with Plaintiff, the parties shall file their joint conference materials at least seven days before the conference, or by **September 10, 2020**.  If Defendant is not in communication with Plaintiff and has not appeared, Plaintiff shall instead present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules by **September 10, 2020**.  Plaintiff shall serve a copy of this Order on Defendant, and shall file an affidavit of service no later than **August 12, 2020**.

So Ordered.

Dated: August 7, 2020
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

