UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAWAD ELATAB<br><br>          Plaintiff,<br><br>- against -<br><br>JULIA VON BOEHM INC.<br><br>          Defendant. | Docket No. 1:20-cv-04543-LGS |

## [PROPOSED] DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Jawad Elatab ("Plaintiff")'s motion for entry of a default judgment against defendant Julia Von Boehm Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $30,000.00 in statutory damages under 17 U.S.C. § 504(c); $722.50 in attorneys' fees and $440.00 costs under 17 U.S.C. § 505; and for such further relief as this Court deems just and proper.

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a hearing for Plaintiff's application on  October 1, 2020     , at  10:50 a.m.  and Defendant failed to appear.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Application for Entry of Default Judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay ~~$30,000.00 in~~ in an amount to be determined in a post-default judgment inquest statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay ~~$722.50~~ in attorneys' fees and ~~$440.00~~ in amounts to be determined in a post-default judgment inquest ~~in~~ costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: October 1, 2020
       New York, New York

**SO ORDERED.**

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**