UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAWAD ELATAB, : 20-CV-4543 (LGS) (RWL)
:
              Plaintiff, : **ORDER**
:
      - against - :
:
JULIA VON BOEHM INC., :
:
             Defendant. :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      In view of Defendant's appearance through counsel (Dkt. 27), all proceedings with respect to the inquest in this matter are hereby stayed sine die.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: December 7, 2020
       New York, New York

Copies transmitted this date to all counsel of record.