UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAWAD ELATAB,                                     :     20-CV-4543 (LGS) (RWL)
                                                  :
                     Plaintiff,                   :     **ORDER**
                                                  :
           - against -                            :
                                                  :
JULIA VON BOEHM INC.,                             :
                                                  :
                     Defendant.                   :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendant has requested the Court to hold a settlement conference. (Dkt. 29.) Early settlement conferences are the norm for this type of case. Accordingly, the parties shall cooperate with my Courtroom Deputy in scheduling a conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2020
       New York, New York

Copies transmitted this date to all counsel of record.